JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-9504-DMG (SSCx)** | Date | December 11, 2024 |
|---|---|---|---|
| Title | ***Alexsei Durack et al v. Dermot Givens*** | Page | 1 of 1 |

Present: The Honorable    **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS— ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [6]**

On November 20, 2024, Plaintiffs Alexsei Durack and Colin Fulford filed a motion to remand ("MTR") this action to the Los Angeles County Superior Court, [Doc. # 6] after Defendant Dermot Givens removed the action to this Court on November 4, 2024, [Doc. # 1]. The matter is currently set for hearing on December 20, 2024. *See* MTR. Defendant's opposition was due no later than December 2, 2024.[1] *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing). No opposition has been filed, and the time to do so has now passed.

The MTR is therefore **GRANTED** for failure to oppose. *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion."). The Court hereby **REMANDS** this action to the Los Angeles County Superior Court. The December 20, 2024 hearing is **VACATED**.

**IT IS SO ORDERED.**

---

[1] Defendant's opposition would ordinarily have been due by November 29, 2024, but that date was a Court holiday. *See* Fed. R. Civ. P. 6(a)(1).